# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

**JUAN CARLOS HERNANDEZ,**

    **DEFENDANT - PETITIONER,**

          **V.**

**UNITED STATES OF AMERICA,**

    **PLAINTIFF - RESPONDENT.**

**NOTICE OF APPEAL**

Case Nos.    00-CR-113
                   16-CV-435

---

Defendant-Petitioner, Juan Carlos Hernandez, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's December 20, 2017, Opinion and Order (R.8) and corresponding Judgment (R.9). Mr. Hernandez hereby gives notice of his intent to appeal all rulings and orders entered on that date and on dates prior, as authorized by the Certificate of Appealability this Court granted in its Order. (R.8:13.)

Dated: February 5, 2018

Respectfully Submitted,

        **/s/ Adam Stevenson**
        Adam Stevenson
        Clinical Associate Professor
        Wisconsin State Bar # 1066845

        **/s/ Molly Schommer**
        Molly Schommer
        Law Student

        Attorney for Juan Carlos Hernandez

Frank J. Remington Center
University of Wisconsin Law School

975 Bascom Mall
Madison, WI 53706
Telephone: (608) 262-9233
Fax: (608) 262-3380
Email: adam.stevenson@wisc.edu

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2018, I cause the preceding Notice of Appeal to be filed electronically with the Clerk of the Court through ECF, and that ECF will send a notice of electronic filing to the following:

AUSA Alice Green
United States Attorney's Office
222 W. Washington Ave.
Suite 700
Madison, WI 53703

Dated in Madison, Wisconsin, February 5, 2018

Respectfully Submitted,

**/s/ Adam Stevenson**
Adam Stevenson
Clinical Associate Professor
Wisconsin State Bar # 1066845